THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE AMERICAN AUTOMOBILE ASSOCIATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> AAA ALL PRO AUTO BELLEVUE, INC.; AAA ALL PRO AUTO REDMOND, INC.; GUY LOBIE; ROBERT PEAK aka ROBERT PARK, and JIM WENDT, <br><br> Defendants. | Case No.  2:13-cv-01210-RAJ <br><br> **CONSENT ORDER OF JUDGMENT** |

WHEREAS, The American Automobile Association, Inc. ("AAA") has brought an action in this Court against AAA All Pro Auto Bellevue, Inc., AAA All Pro Auto Redmond, Inc., Guy Lobie, Robert Peak (a/k/a Robert Park), and Jim Wendt (the "Defendants") alleging that the Defendants have knowingly and willfully violated AAA's rights in its famous and distinctive AAA trademarks ("AAA Marks"), in violation of the Federal Trademark Act ("Lanham Act"), 15 U.S.C. §§ 1114, 1125, and Washington law, by making unauthorized use of the AAA Marks in the business names AAA All Pro Auto Repair, AAA All Pro Auto Care, AAA All Pro Auto Bellevue, Inc., and AAA All Pro Auto Redmond, Inc.;

WHEREAS, the Court has jurisdiction over this civil action by virtue of 28 U.S.C. §§ 1331, 1337, 1338, and 1367;

CONSENT ORDER OF JUDGMENT - 1
NO. 2:13-CV-01210-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

127716.0001/5948689.1

WHEREAS, AAA and Defendants AAA All Pro Auto Bellevue, Inc., AAA All Pro Auto Redmond, Inc., and Robert Peak (the "Settling Defendants") have entered into a Confidential Settlement Agreement and Release ("Settlement Agreement") to resolve any and all controversies and disputes between them existing as of this date;

WHEREAS, pursuant to that Settlement Agreement, AAA has agreed to dismiss its claims against the Settling Defendants for damages and attorneys' fees and costs;

WHEREAS, the Settling Defendants waive all defenses or counterclaims which they might otherwise raise at a trial on the merits of AAA's demand for a temporary restraining order, preliminary injunction, permanent injunction, and/or damages; and

WHEREAS, the Settling Defendants consent and agree that this Court enter a judgment permanently enjoining them from unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them.

NOW THEREFORE, the Court does hereby ORDER as follows:

1.    That Settling Defendants, their agents, attorneys, representatives, employees, and all persons in active concert or participation with them who receive notice hereof, are hereby permanently enjoined from any unauthorized use of AAA's trademarks, or of marks confusingly similar to any of them (the "Injunction");

2.    That the Settling Defendants are ordered to take all necessary steps to cause the registrar of the domain name AAAALLPROAUTOCAREREDMOND.COM -- currently Register.com, Inc. -- to transfer to AAA the domain name and any other domain names containing the AAA Marks;

3.    That each and every claim for damages, penalties, costs, and attorneys' fees by AAA against the Settling Defendants, other than the permanent injunction granted herein, is hereby dismissed without prejudice pursuant to representations made by the Settling Defendants in the Settlement Agreement, and subject to fulfillment of all obligations set forth in the Settlement Agreement, except for such damages, penalties, costs, and/or attorneys' fees which might result from any violation of this Consent Order of Judgment; and

CONSENT ORDER OF JUDGMENT - 2
NO. 2:13-CV-01210-RAJ

**LANE POWELL** PC
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

127716.0001/5948689.1

4. That this case shall be closed as against the Settling Defendants, except that this Court shall retain jurisdiction for the purpose of enforcing the Settlement Agreement and this Consent Order of Judgment.

DATED this 5th day of May, 2014.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

| BY CONSENT OF PLAINTIFF: | BY CONSENT OF DEFENDANTS AAA ALL PRO AUTO BELLEVUE, INC., AAA ALL PRO AUTO REDMOND, INC., AND ROBERT PEAK: |
|---|---|
| *s/Erin M. Wilson* | *See Signature Attached to Dkt. # 14* |
| Larry S. Gangnes, WSBA No. 08118<br>Erin M. Wilson, WSBA No. 42454<br>LANE POWELL PC<br>1420 Fifth Avenue, Suite 4200<br>Seattle, Washington 98111-9402<br>Phone: 206.223.7000<br>Fax: 206.223.7107<br>gangnesl@lanepowell.com<br>wilsonem@lanepowell.com | Robert Peak<br>549 11th Avenue W<br>Kirkland, Washington 98052<br>Phone: 425.503.1937<br><br>*Defendant, Pro Se, in his individual capacity and on behalf of AAA All Pro Auto Bellevue, Inc. and AAA All Pro Auto Redmond, Inc.* |

*Attorney for Plaintiff*
*The American Automobile Association, Inc.*

OF COUNSEL:
Neil K. Roman
Hope Hamilton
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401

CONSENT ORDER OF JUDGMENT - 3
NO. 2:13-CV-01210-RAJ

**LANE POWELL PC**
1420 FIFTH AVENUE, SUITE 4200
P.O. BOX 91302
SEATTLE, WA 98111-9402
206.223.7000  FAX: 206.223.7107

127716.0001/5948689.1